IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LOUIS JENKINS,** | : |
| Petitioner, | : |
| v. | : CIVIL ACTION 06-0402-KD-B |
| **GWENDOLYN MOSLEY, et al,** | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and no objections having been filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 15, 2008, is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that this petition be **DENIED** and that this action be **DISMISSED**.

DONE this 8th day of September, 2008.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE