```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

**LOUIS JENKINS,**            :

    **Petitioner,**        :

**v.**                        :  **CIVIL ACTION 06-0402-KD-B**

**GWENDOLYN MOSLEY, et al,**  :

    **Respondents.**       :

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondents and against Petitioner Louis Jenkins.

DONE this 8th day of September, 2008.

                                      **s/ Kristi K. DuBose**
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**